UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD SHORT,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>WINNEBAGO INDUSTRIES INC., et al.,<br><br>　　　　Defendants. | No. 2:17-cv-00571 KJM AC<br><br><br>STATUS ORDER |

A status conference was held in this case on March 15, 2018. Ryan Gomez appeared for plaintiff; Thomas Murphy appeared for defendants.

Having reviewed the parties' Joint Status Report filed on March 8, 2018, and discussed the status of the case with counsel at the hearing, the court understands the parties have agreed upon a replacement motorhome and defendants are in the process of coordinating a delivery replacement exchange date.

Within sixty (60) days of the status conference, the parties shall file a joint status report with the court on the status of this case.

IT IS SO ORDERED.

DATED: March 26, 2018.

_____
UNITED STATES DISTRICT JUDGE